FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Raul Rocha Barajas,<br><br>        Defendant. | Case No.: CR 09-00898-R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown recent background and bail resources,

1  <u>undocumented alien status, use of aliases, subsequent arrest</u>
2  <u>while on supervision, prior deportation</u>
3  _____
4  and/or
5  B.   ( )   The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: _____
10  _____
11  _____
12  _____
13
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16
17  Dated: 10/27/14                   /s/ Jean Rosenbluth
                                      _____
18                                    JEAN ROSENBLUTH
                                      U.S. MAGISTRATE JUDGE